UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| NEXSTAR BROADCASTING, INC., | ) | |
| | ) | |
| *Plaintiff* | ) | |
| | ) | |
| vs. | ) | CAUSE NO.   1:11-CV-249 RM |
| | ) | |
| GRANITE BROADCASTING CORPORATION, WISE-TV LICENSE, LLC, AND WISE-TV, INC., | ) ) ) | |
| | ) | |
| *Defendant*s | ) | |

ORDER

Pursuant to the stipulation of voluntary dismissal [Doc. No. 96] and Fed. R. Civ. P. 41(a)(1)(A)(ii), this case is DISMISSED with prejudice as to all defendants, and the February 26, 2013 telephonic scheduling conference is VACATED.

SO ORDERED.

ENTERED:   February 7, 2013

/s/ Robert L. Miller, Jr.
Judge
United States District Court